In the Matter of JACOB APPELL, Deceased.— Motion to dismiss appeal denied,

with leave to respondent to renew said motion after the filing of the case on appeal in the partition action; or, if said judgment should not be appealed from, then after service of the judgment in said partition action.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of LEE ALBERT AGNEW, Deceased.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.